# FINANCIAL DISCLOSURE REPORT
## NOMINATION FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Gibney, John A. | 2. Court or Organization  Eastern District of Virginia | 3. Date of Report  04/11/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  District Judge-Nominee | 5a. Report Type (check appropriate type)  ☑ Nomination, Date 04/14/2010  ☐ Initial  ☐ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2009  to  04/30/2010 |
| 7. Chambers or Office Address  ThompsonMcMullan, P.C.  100 Shockoe Slip  Third Floor  Richmond, VA 23219 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Lawyers Helping Lawyers |
| 2. Trustee | Trust #1 |
| 3. Trustee | Trust #2 |
| 4. Trustee | Trust #3 |
| 5. Adjunct Professor | University of Richmond Law School |
| 6. Attorney | ThompsonMcMullan, P.C. |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2008 | Buy out agreement with ThompsonMcMullan PC law firm |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2010 | ThompsonMcMullan, P.C. -Salary | $34,583.32 |
| 2. | 2009 | ThompsonMcMullan, P.C. - Salary | $123,333.32 |
| 3. | 2008 | ThompsonMcMullan, P.C. - Salary | $153,480.00 |
| 4. | 2009 | University of Richmond | $5,000.00 |
| 5. | 2010 | University of Richmond | $2,000.00 |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2010 | Virginia Commonwealth University |
| 2. | 2009 | Virginia Commonwealth University |
| 3. | 2009 | Crater Hospice |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# FINANCIAL DISCLOSURE REPORT
Page 4 of 13

Name of Person Reporting

Gibney, John A.

Date of Report

04/11/2010

## VII. INVESTMENTS and TRUSTS — _Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Wachovia Bank Account | A | Interest | J | T | Exempt | | | | |
| 2. Bank of America Account | A | Interest | J | T | | | | | |
| 3. ThompsonMcMullan, P.C. Stock | | None | K | U | | | | | |
| 4. Wellpoint, Inc. Common Stock | A | Dividend | K | T | | | | | |
| 5. AMCAP Fund Inc. Mutual Fund | B | Dividend | K | T | | | | | |
| 6. New Perspective Mutual Fund | B | Dividend | K | T | | | | | |
| 7. Washington Mutual Investment Fund | C | Dividend | K | T | | | | | |
| 8. IRA Held at Scott & Stringfellow | C | Int./Div. | M | T | | | | | |
| 9. - AES Corp Common Stock | A | Dividend | J | T | | | | | |
| 10. - Apollo Investment Corp | A | Dividend | J | T | | | | | |
| 11. - Bank of America | A | Dividend | J | T | | | | | |
| 12. - Cisco Systems Common Stock | A | Dividend | J | T | | | | | |
| 13. - Corning, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 14. - Corrections Corporation of America Common Stock | A | Dividend | J | T | | | | | |
| 15. - General Electric Company Common Stock | A | Dividend | J | T | | | | | |
| 16. - Gladstone Capital Corp. Common Stock | A | Dividend | J | T | | | | | |
| 17. - International Business Machine Common Stock | A | Dividend | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
     F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
     N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
     P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes: (See Column C2)    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
     U =Book Value    V =Other    W =Estimated

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Johnson & Johnson Common Stock | A | Dividend | J | T | | | | | |
| 19. Microsoft Corp. Common Stock | A | Dividend | J | T | | | | | |
| 20. Nabors Industries Common Stock | A | Dividend | J | T | | | | | |
| 21. Proctor and Gamble Company Common Stock | A | Dividend | J | T | | | | | |
| 22. Qiagen NV Common Stock | A | Dividend | J | T | | | | | |
| 23. Smithfield Foods Inc. Common Stock | A | Dividend | J | T | | | | | |
| 24. Target Corp. Common Stock | A | Dividend | J | T | | | | | |
| 25. Teva Pharmaceutical Industries, LTD. Common Stock | A | Dividend | K | T | | | | | |
| 26. Triangle Capital Corp | A | Dividend | K | T | | | | | |
| 27. Walgreen Company Common Stock | A | Dividend | J | T | | | | | |
| 28. IRA Vanguard Explorer Fund(mutual fund is sole asset of IRA) | | None | K | T | | | | | |
| 29. 401K Held by ING | C | Dividend | N | T | | | | | |
| 30. Pioneer Strategic Income Mutual Fund | B | Dividend | K | T | | | | | |
| 31. Income Fund of America Mutual Fund | B | Dividend | K | T | | | | | |
| 32. American Century Corge Cap. Growth fund | B | Dividend | K | T | | | | | |
| 33. The Growth Fund of America Mutual Fund | B | Dividend | K | T | | | | | |
| 34. Lord Abbett Small-Cap Mutual Fund | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibney, John A. | 04/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Lord Abbett Mid-cap Value Mutual Fund | A | Dividend | K | T | | | | | |
| 36. - Allianz CCM Mid-Cap Mutual Fund | B | Dividend | K | T | | | | | |
| 37. - EuroPacific Growth Fund | B | Dividend | L | T | | | | | |
| 38. Northwestern Mutual Whole Life Insurance Policies | | None | M | T | | | | | |
| 39. Davenport IRA #1 | B | Int./Div. | M | T | | | | | |
| 40. - Advisors Inner Circle Fund II | A | Int./Div. | J | T | | | | | |
| 41. - Eagle Ser Mid Cap Stock Fund | A | Dividend | J | T | | | | | |
| 42. - Fleming Cap Mutual Func | A | Dividend | J | T | | | | | |
| 43. - Ivy Funds Inc. Mutual Fund | A | Dividend | K | T | | | | | |
| 44. - Keeley Funds Inc Mutual Fund | A | Dividend | J | T | | | | | |
| 45. - Pioneer Series Trust III Mutual Fund | B | Dividend | K | T | | | | | |
| 46. - T Rowe Price Intl Funds Emerging Mkts | A | Dividend | J | T | | | | | |
| 47. - Thornburg Invt Tr - Intl Value Mutual Fund | A | Dividend | K | T | | | | | |
| 48. Davenport IRA #2 | C | Dividend | K | T | | | | | |
| 49. - Disney Co. | A | Dividend | J | T | | | | | |
| 50. - Southwest Airlines | A | Dividend | J | T | | | | | |
| 51. - Cisco Systems, Inc | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns D1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C3) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 7 of 13

Name of Person Reporting

Gibney, John A.

Date of Report

04/11/2010

## VII. INVESTMENTS and TRUSTS — Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date Month-Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. - Dell Inc | A | Dividend | J | T | | | | | |
| 53. - Oracle Corp. | A | Dividend | J | T | | | | | |
| 54. - Legg Mason Capital Mgmt Spl Invt Tr | A | Dividend | J | T | | | | | |
| 55. Wachovia 401K | B | Dividend | M | T | | | | | |
| 56. - Money Market | A | Dividend | J | T | | | | | |
| 57. - Europacific Growth Fund | B | Dividend | K | T | | | | | |
| 58. - Wells Fargo | A | Dividend | J | T | | | | | |
| 59. - Dodge & Cox | B | Dividend | K | T | | | | | |
| 60. - Enhanced Stock Market Mutual Fund | B | Dividend | K | T | | | | | |
| 61. - Evergreen Growth Mutual Fund | A | Dividend | K | T | | | | | |
| 62. - Fidelity Spartan Mutual Fund | C | Dividend | L | T | | | | | |
| 63. Carmax Inc Common Stock | A | Dividend | J | T | | | | | |
| 64. Fidelity National Financial Inc Common Stock | A | Dividend | J | T | | | | | |
| 65. Comcast Corp Common Stock | A | Dividend | J | T | | | | | |
| 66. Wells Fargo & Co Common Stock | A | Dividend | J | T | | | | | |
| 67. Johnson & Johnson Common Stock | A | Dividend | J | T | | | | | |
| 68. Medco Health Solutions Common Stock | A | Dividend | J | T | | | | | |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
(See Columns D1 and D4)        F =$50,001 - $100,000        G =$100,001 - $1,000,000        H1 =$1,000,001 - $5,000,000        H2 =More than $5,000,000
2. Value Codes        J =$15,000 or less        K =$15,001 - $50,000        L =$50,001 - $100,000        M =$100,001 - $250,000
(See Columns C1 and D3)        N =$250,001 - $500,000        O =$500,001 - $1,000,000        P1 =$1,000,001 - $5,000,000        P2 =$5,000,001 - $25,000,000
        P3 =$25,000,001 - $50,000,000        P4 =More than $50,000,000
3. Value Method Codes        Q =Appraisal        R =Cost (Real Estate Only)        S =Assessment        T =Cash Market
(See Column C2)        U =Book Value        V =Other        W =Estimated

# FINANCIAL DISCLOSURE REPORT
## Page 8 of 13

Name of Person Reporting

Gibney, John A.

Date of Report

04/11/2010

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Norfolk Southern Corp Common Stock | A | Dividend | J | T | | | | | |
| 70. NCR Corp Common Stock | A | Dividend | J | T | | | | | |
| 71. ITC Holdings Corp Common Stock | A | Dividend | J | T | | | | | |
| 72. Wells Fargo & Co. New Preferred Stock | A | Dividend | J | T | | | | | |
| 73. Franklin Gold & Precious Metals Fund | A | Dividend | J | T | | | | | |
| 74. Trust # 1 | B | Dividend | M | T | | | | | |
| 75. - Amcap Fund Cl. A | B | Dividend | K | T | | | | | |
| 76. - Citigroup Inc. Common Stock | A | Dividend | J | T | | | | | |
| 77. - Walt Disney Company Common Stock | A | Dividend | J | T | | | | | |
| 78. - Exxon Mobil Corp Common Stock | B | Dividend | K | T | | | | | |
| 79. -Ford Motor Company Common Stock | A | Dividend | J | T | | | | | |
| 80. - Motors Liquidation Common Stock | A | Dividend | J | T | | | | | |
| 81. - New Perspective Fund Cl A | B | Dividend | K | T | | | | | |
| 82. - Washington Mutual Inv Fund Cl A | A | Dividend | K | T | | | | | |
| 83. - Scott & Stringfellow Money Market | A | Interest | J | T | | | | | |
| 84. Trust # 2 | B | Dividend | L | T | | | | | |
| 85. - Amcap Fund Cl A | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibney, John A. | 04/11/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (Including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Walt Disney Company Common Stock | A | Dividend | J | T | | | | | |
| 87. - Ford Motor Company Common Stock | A | Dividend | J | T | | | | | |
| 88. - New Perspective Fund Cl. A | B | Dividend | K | T | | | | | |
| 89. -Washington Mutual Inv. Fund Cl A | A | Dividend | K | T | | | | | |
| 90. - Scott and Stringfellow Money Market | A | Interest | J | T | | | | | |
| 91. Trust # 3 | F | Int./Div. | P1 | T | | | | | |
| 92. -Allegheny Energy Inc. Common Stock | A | Dividend | K | T | | | | | |
| 93. --AT&T Inc Common Stock | B | Dividend | K | T | | | | | |
| 94. - Coca-Cola Company Common Stock | A | Dividend | K | T | | | | | |
| 95. - CSX Corporation Common Stock | B | Dividend | M | T | | | | | |
| 96. - Dominion Resources Common Stock | B | Dividend | K | T | | | | | |
| 97. - DuPont Common Stock | A | Dividend | K | T | | | | | |
| 98. - Evergreen Municipal Bond Fund Class A | A | Interest | K | T | | | | | |
| 99. - Exelon Corporation Common Stock | D | Dividend | M | T | | | | | |
| 100. - Exxon Mobil Corp. Common Stock | D | Dividend | N | T | | | | | |
| 101. - Fairfax Virginia Bonds 5.0 | A | Interest | J | T | | | | | |
| 102. - Fairfax Virginia Bonds 4.25 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (Including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. - Fortune Brands Inc. Common Stock | A | Dividend | K | T | | | | | |
| 104. - Loudoun County Virginia Bonds 4.75 | B | Interest | K | T | | | | | |
| 105. - Merck & Company, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 106. - Nuveen I Virginia Municipal Bond Fund | B | Interest | K | T | | | | | |
| 107. - Nuveen Select Tax Free Fund 2 | A | Interest | K | T | | | | | |
| 108. - Nuveen Select Tax Free Fund 3 | A | Interest | K | T | | | | | |
| 109. - Nuveen Select Mat Municipal Fund | A | Interest | K | T | | | | | |
| 110. - Nuveen Virginia Premium Fund | B | Interest | K | T | | | | | |
| 111. -Pepco Holdings Inc. Common Stock | A | Dividend | J | T | | | | | |
| 112. -Plum Creek Timber Common Stock | A | Dividend | J | T | | | | | |
| 113. - PNC Financial Services Group, Inc. Common Stock | A | Dividend | K | T | | | | | |
| 114. - PPL Corp. Common Stock | C | Dividend | L | T | | | | | |
| 115. - Progress Energy Inc. Common Stock | A | Dividend | J | T | | | | | |
| 116. - Southwest Virginia Jail Authority Bonds 4.75 | A | Interest | K | T | | | | | |
| 117. - Virginia State Commonwealth Bonds 4.75 | A | Interest | K | T | | | | | |
| 118. - Virginia State Public School Bonds 4.5 | A | Interest | K | T | | | | | |
| 119. - Fairfax Water Bonds 5.0 | B | Interest | K | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns D1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Gibney, John A. | 04/11/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (If private transaction) |
| 120. - Verizon Communications Common Stock | A | Dividend | J | T | | | | | |
| 121. - Wal-Mart Stores Common Stock | A | Dividend | J | T | | | | | |
| 122. - Wells-Fargo & Co. Common Stock | A | Dividend | J | T | | | | | |
| 123. - Money Market | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 15 | 000 | Notes payable to banks-secured | | | |
| U.S. Government securities-add schedule | | | | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | 1 | 029 | 133 | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | 40 | 000 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | 328 | 704 |
| Real estate owned-add schedule | | 525 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 19 | 000 | | | | |
| Cash value-life insurance | | 215 | 026 | | | | |
| Other assets itemize: | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 328 | 704 |
| | | | | Net Worth | 1 | 514 | 455 |
| Total Assets | 1 | 843 | 159 | Total liabilities and net worth | 1 | 843 | 159 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | | | No |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | | | No |
| Legal Claims | | | | Have you ever taken bankruptcy? | | | No |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |